FILED

OCT 09 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  TOROMI R. WASHINGTON.<br><br>TOROMI R. WASHINGTON,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>　　　　　　　　Respondent,<br><br>DERRELL ADAMS,<br><br>　　　　　　　　Real Party in Interest. | No. 08-73128<br><br>D.C. No. 3:06-cv-04802-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: WARDLAW, W. FLETCHER and RAWLINSON, Circuit Judges.

The petition for a writ of mandamus is denied as moot. On September 15, 2008, the district court denied petitioner's March 7, 2008 motion regarding restitution.

All other pending motions are denied as moot.

KW/MOATT