1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

TOROMI WASHINGTON,               )      No. C 06-4802 WHA (PR)
                                 )
              Petitioner,         )      **ORDER DENYING CERTIFICATE**
                                 )      **OF APPEALABILTY**
     vs.                          )
                                 )
                                 )
DERRAL G. ADAMS, Warden,          )
                                 )
              Respondent.         )
_____ )       (Docket Nos. 58 & 60)

17
18
19
20
21
22
23
24
25
26
27
28

Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. 2254.  The petition was denied on its merits.  Petitioner has filed a motion for a certificate of appealability.  See 28 U.S.C. 2253(c); Fed. R. App. P. 22(b).

"Where a district court has rejected the constitutional claims on the merits, the showing required to satisfy § 2253(c) is straightforward:  the petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Except for substituting the word "constitutional" for the word "federal," section 2253(c)(2) codified the standard announced by the Supreme Court in *Barefoot v. Estelle*, 463 U.S. 880, 892–93 (1983).  *Slack*, 529 U.S. at 475.  In *Barefoot*, the court explained that "a

1   substantial showing of the denial of [a] federal right" means that a petitioner "must demonstrate

2   that the issues are debatable among jurists of reason; that a court <u>could</u> resolve the issues [in a

3   different manner], or that the questions are adequate to deserve encouragement to proceed

4   further." *Barefoot*, 463 U.S. at 893 n.4 (citations and internal quotations omitted).  Any doubts

5   about whether the *Barefoot* standard has been met must be resolved in petitioner's favor.

6   *Lambright v. Stewart*, 220 F.3d 1022, 1024–25 (9th Cir. 2000).

7       The instant petition was denied after careful consideration of the merits.  The Court

8   found no violation of petitioner's federal constitutional rights in the underlying state court

9   proceedings.  Petitioner has failed to demonstrate that jurists of reason would find it debatable

10  whether this Court was correct in its ruling.  Accordingly, petitioner's request for a certificate of

11  appealability (Docket No. 60) is **DENIED**.  Petitioner's motion for an extension of time to file a

12  notice of appeal (Docket No. 58) is **GRANTED**.  Petitioner's notice of appeal is deemed timely

13  filed.

14      The clerk shall serve notice of this order forthwith to the United States Court of Appeal

15  and to the parties.  <u>See</u> Fed. R. App. P. 24(a).

16      **IT IS SO ORDERED.**

17  Dated: December 22 , 2008

18                                          WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

Order Denying Certificate of Appealability
G:\PRO-SE\WHA\HC.06\WASHINGTON802.COA.md.wpd